UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

INTENZE PRODUCTS, INC.,

    Plaintiff,

v.                                    Case No: 8:15-cv-1074-T-36EAJ

DEAD MAN SUPPLIES CORP., NANCY
PARKER and KEVIN PARKER,

    Defendants.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Elizabeth A. Jenkins on August 24, 2015 (Doc. 31). In the Report and Recommendation, Magistrate Judge Jenkins recommends that Plaintiff's Motion to Strike Defendant Nancy Parker d/b/a Dead Man Supplies Corp., Dead Man Tattoo Supplies, Dead Man Supplies, and Dead Man Tattoo Supply's Answer and Memorandum of Law in Support Thereof (Doc. 29) be GRANTED. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 31) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Motion to Strike Defendant Nancy Parker d/b/a Dead Man Supplies Corp., Dead Man Tattoo Supplies, Dead Man Supplies, and Dead Man Tattoo Supply's Answer and Memorandum of Law in Support Thereof (Doc. 29) is **GRANTED** to the extent that Defendant Parker's Answer (Doc. 12) is hereby STRICKEN.

(3) Defendant Parker is granted leave to file an amended answer that complies with the Federal Rules of Civil Procedure within **fourteen (14) days** from the date of this Order.

**DONE AND ORDERED** at Tampa, Florida on September 15, 2015.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Elizabeth A. Jenkins
Counsel of Record