UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

INTENZE PRODUCTS, INC.,

   Plaintiff,

v.                                             Case No: 8:15-cv-1074-T-36AAS

DEAD MAN SUPPLIES CORP., NANCY
PARKER and KEVIN PARKER,

   Defendants.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Amanda Arnold Sansone on February 9, 2017 (Doc. 69). In the Report and Recommendation, Magistrate Judge Sansone recommends that Plaintiff's Motion for Attorneys' Fees and Costs and Memorandum of Law in Support Thereof (Doc. 67) be GRANTED in part and that Plaintiff be awarded $45,090.80 in attorneys' fees and $1,563.75 in costs, for a total of $46,654.55. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)     The Report and Recommendation of the Magistrate Judge (Doc. 69) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Motion for Attorneys' Fees and Costs and Memorandum of Law in Support Thereof (Doc. 67) is **GRANTED in part.**

(3) Plaintiff is awarded $45,090.80 in attorneys' fees and $1,563.75 in costs, for a total award of $46,654.55

(4) The Clerk is directed to enter a Judgment as to Attorneys' Fees and Costs in favor of Plaintiff Intenze Products, Inc., and against Defendants Dead Man Supplies Corporation, Kevin Parker, and Nancy Parker in the amount of $46,654.55.

**DONE AND ORDERED** at Tampa, Florida on February 27, 2017.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Amanda Arnold Sansone
Counsel of Record